UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL J. LEVETO** | : | **CIVIL NO. 05-00149 Erie** |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **THE HONORABLE MAURICE B. COHILL** | : | **Magistrate Judge Susan Paradise Baxter** |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2005, **IT IS ORDERED THAT** the Defendant's Motion to Dismiss is **GRANTED**.

Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

_____
J.