UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL J. LEVETO** | : | CIVIL NO. 05-00149 Erie |
| | : | |
| **Plaintiff,** | : | |
| v. | : | |
| | : | |
| **THE HONORABLE MAURICE B. COHILL** | : | Magistrate Judge Susan Paradise Baxter |
| | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on this Tuesday, July 19, 2005, she served a true and correct copy of the foregoing

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the places and addresses stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Daniel J. Leveto, *pro se*
Erie County Prison
1618 Ash Street
Erie, PA 16503

Dated:  July 19, 2005               /s/ Chyenna Gowdy
                                    CHYENNA GOWDY
                                    Legal Assistant