UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL J. LEVETO
    Plaintiff

CIVIL NO. 05-00149 ERIE

v.

THE HONORABLE MAURICE B. COHILL,
Senior Judge   Defendant

NOTICE OF DISMISSAL Pursuant to
Rule 41(a)(1)(i) Federal Rules Civil Procedure

NOTICE IS HEREBY GIVEN THAT THE DEFENDANT WISHES TO DISMISS THE ABOVE CAPTIONED LAWSUIT.

Respectfully Submitted

_Daniel Leveto Pro Se_
DANIEL J. LEVETO Pro Se

Certificate of Service

I CERTIFY THAT I HAVE ON THIS DATE MAILED VIA FIRST CLASS, POSTAGE PREPAID UNITED STATES MAIL-THIS NOTICE OF DISMISSAL... TO THE PARTY ADDRESSED BELOW.

D. Brian Simpson, Esq
U.S. Attorney's Office
228 Walnut St., 2nd Floor
Harrisburg, Pa  17108-1754

Date 7-24-05

Daniel J. Leveto