IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

---

DANIEL J. LEVETO

v.

U.S. DISTRICT JUDGE MAURICE B. COHILL

Civil Action No. 05-cv-00149

---

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

---

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable William W. Caldwell of the Middle District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

Anthony J. Scirica, Chief Judge
United States Court of Appeals
for the Third Circuit