# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

ANTHONY J. SCIRICA
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399
FAX (215) 597-7373
ascirica@ca3.uscourts.gov

July 25, 2005

Honorable William W. Caldwell
United States District Judge
Middle District of Pennsylvania
Post Office Box 11877
Harrisburg, Pennsylvania 17108-1877

   Re: Daniel J. Leveto v. U.S. District Judge Maurice B. Cohill
      WDPa Civil Action No. 05-cv-00149 (Erie)

Dear Bill:

   Thank you for accepting the designation in the above-referenced action.  I am enclosing a copy of the designation order, the original of which has been sent to the Clerk of Court for the Western District of Pennsylvania for filing.

        Sincerely,

        Tony

        Anthony J. Scirica

AJS:sss

Enclosure

cc: Honorable Thomas I. Vanaskie
  Honorable Donetta W. Ambrose
  Robert V. Barth, Jr., Clerk  (w/original order enclosed for filing)
  Toby D. Slawsky, Circuit Executive